# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00291-CR

**Jervonne Mack, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 478TH DISTRICT COURT OF BELL COUNTY
### NO. 24DCR89442, THE HONORABLE WADE NICHOLAS FAULKNER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jervonne Mack seeks to appeal an order of deferred-adjudication community supervision on a charge of possession of a controlled substance in Penalty Group 1 or 1-B in an amount of one gram or more but less than four grams. *See* Tex. Health & Safety Code § 481.115(a), (c). The trial court has certified that Mack has waived the right of appeal pursuant to his plea bargain with the State for a recommended term of four years of deferred-adjudication community supervision. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed: May 23, 2025

Do Not Publish